# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DORIAN JENKINS, ) | CASE NO. 1:23CV00997 |
| ) | |
| Plaintiff, ) | JUDGE PATRICIA A. GAUGHAN |
| ) | |
| vs. ) | |
| ) | MAGISTRATE JUDGE |
| OHIO ASSOCIATED ENTERPRISES, ) | JAMES E. GRIMES JR. |
| LLC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

SO ORDERED.
/s/ Patricia A. Gaughan
2/6/24

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dorian Jenkins and Defendant Ohio Associated Enterprises, LLC, by and through their respective undersigned counsel, hereby file this, their *Joint Stipulation of Dismissal with Prejudice,* and hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

*/s/ Brad Levine (email consent)*
Stephan I. Voudris, Esq.
Brad Levine, Esq.
**VOUDRIS LAW LLC**
8401 Chagrin Road, Suite 8
Chagrin Falls, OH 44023
svoudris @voudrislaw.com
blevine@voudrislaw.com
Telephone:  440-543-0670
Facsimile:  440-543-0721

*Attorneys for Plaintiff*

Respectfully submitted,

/s/  *Steven E. Seasly*
Steven E. Seasly (0070536)
sseasly@hahnlaw.com
Ryan J. Geary (0102670)
rgeary@hahnlaw.com
**HAHN LOESER AND PARKS LLP**
200 Public Square, Suite 2800
Cleveland, Ohio 44114
216.621.0150 – Telephone
216.241.2824 – Facsimile

*Attorneys for Defendant*
*Ohio Associated Enterprises, LLC*

1

15344362.1